IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00719
(Consolidated with Civil Action No. 05-cv-00912-RPM)

UNITED STATES OF AMERICA,
for the use and benefit of
KAMRAN AND COMPANY, INC., and
UNITED STATES OF AMERICA,
for the use of RK MECHANICAL, INC.,

  Plaintiffs,
v.

KPS ELECTRIC, INC.,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,
LEGGETT & PLATT COMPONENTS COMPANY, INC., d.b.a
UNIVERSAL STAINLESS, INC., and
KPS ELECTRIC, INC.,

  Defendant(s).

---

ORDER FOR CONSOLIDATION, VACATING ORDERS OF REFERENCE AND FOR SCHEDULING
CONFERENCE WITH THIS COURT

---

  Upon review of the motion of use plaintiff RK Mechanical, Inc., filed in Civil Action 05-cv-00912-WDM-MJW to consolidate this civil action with Civil Action 05-cv-00719-RPM -PAC and upon the representation that the motion is unopposed, it is

  ORDERED these civil actions are consolidated for all purposes and it is

  FURTHER ORDERED that the orders of reference to Magistrate Judges Coan and Watanabe, respectively, are vacated and it is

  FURTHER ORDERED that a new scheduling conference to establish a scheduling order for the consolidated civil actions will be convened before this Court on **September 16, 2005, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions

for Preparation of the Scheduling Order which may be found at

**www.cod.uscourts.gov/judges_frame.htm** and use the format provided with those

instructions.  Proposed ordered are to be double-spaced.  In addition, the proposed Scheduling

Order in WordPerfect format shall be submitted by e-mail to

**Matsch_Chambers@cod.uscourts.gov** .

        Dated: July 28th, 2005

        BY THE COURT:

        s/Richard P. Matsch

        _____

        Richard P. Matsch, Senior District Judge