IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00719
(Consolidated with Civil Action No. 05-cv-00912-RPM)

UNITED STATES OF AMERICA,
for the use and benefit of
KAMRAN AND COMPANY, INC., and
UNITED STATES OF AMERICA,
for the use of RK MECHANICAL, INC.,

    Plaintiffs,

v.

KPS ELECTRIC, INC.,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,
LEGGETT & PLATT COMPONENTS COMPANY, INC., d.b.a
UNIVERSAL STAINLESS, INC., and
KPS ELECTRIC, INC.,

    Defendant(s).

---

ORDER GRANTING MOTION TO AMEND COMPLAINT

---

Upon the motion to amend complaint and the representation that it is unopposed, it is

ORDERED that the motion to amend complaint is granted and the amended complaint tendered therewith is ordered filed.

Dated: August 30, 2005

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge